UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DELORES SAUL and WALTER SAUL,<br><br>Plaintiffs,<br><br>v.<br><br>PIGEON FORGE / GATLINBURG KOA HOLIDAY and KAMPGROUNDS OF AMERICA, INC.,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>_____<br><br>**Jury Trial Demanded**<br><br>Removed from the<br><br>Circuit Court for Sevier County, State of Tennessee;<br><br>Case No.: 21-CV-732 III |

## PETITION FOR REMOVAL

COME NOW Kampgrounds of America, Inc. d/b/a Pigeon Forge Gatlinburg KOA Holiday, Defendants in the above-styled action, and pursuant to Fed. R. Civ. P. 81 (c) and 28 U.S.C. §§ 1332, 1441 and 1446, hereby submit this Notice of Removal, requesting removal of the Tennessee Circuit Court action described below to the United States District Court for the Eastern District of Tennessee, Knoxville Division, respectfully showing this Honorable Court the following facts and law:

1

1.

The above-styled action was filed by Plaintiff against Defendants in the Circuit Court of Sevier County, in the State of Tennessee, styled as: *Dolores Saul and Walter Saul vs. Pigeon Forge Gatlinburg KOA Holiday and Kampgrounds of America, Inc.*, Civil Action File No. 21-CV-732 III. (See **Exhibit A**, a copy of the Complaint and all filings in Defendants' possession at the time of removal).

2.

Plaintiff initiated this civil action on November 24, 2021, by filing a Complaint in the State Court of Sevier County, State of Tennessee. Defendant Kampgrounds of America, Inc. was served on December 7, 2021. (See **Exhibit A**, Service of Process by Certified Mail).

3.

The aforementioned civil action is a civil action over which this Court has jurisdiction, and is one which may be removed to this Court by Defendants, pursuant to 28 U.S.C. § 1441, 25 U.S.C. § 1446 and, in accordance with the provisions of 28 U.S.C. § 1332, there being diversity of citizenship between the Plaintiff and the Defendants and the matter on controversy, exclusive of interest and costs, exceeds the sum of $75,000.

4.

On information and belief, Plaintiffs Dolores Saul and Walter Saul are, and was at all relevant times, a residents and citizens of the State of North Carolina. (See **Exhibit A**, Complaint, ¶ 3).

5.

At all relevant times, Defendant Kampgrounds of America, Inc. does business as Pigeon Forge / Gatlinburg KOA Holiday which is not a legal entity.

2

6.

At all relevant times, Defendant Kampgrounds of America, Inc. is a corporation registered and principally located in the State of Montana and alleged to transact business in the State of Tennessee. (See **Exhibit A**, Complaint, ¶ 5).

7.

Complete diversity therefore exists between the parties in this action pursuant to 28 U.S.C. § 1332.

8.

The amount in controversy in this case also exceeds $75,000.00. Plaintiff specifically pleads negligence, negligent maintenance, negligent hiring, personal injury, past and future medical care, all of which allegedly would exceed $75,000. (See **Exhibit A**, Complaint).

9.

Based upon these allegations, this action is one over which this Court has diversity jurisdiction, pursuant to 28 U.S.C. § 1332(a)(2), in that the controversy is between citizens of North Carolina and a Montana Corporation, and the value of the matter in controversy, exclusive of interest and costs, exceeds $75,000. *See Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 747 (11th Cir. 2010) (removal appropriate where amount in controversy is established by the complaint).

10.

The Circuit Court of Sevier County, Tennessee is situated within the jurisdiction of the United States District Court for the Eastern District of Tennessee, Knoxville Division, making this the appropriate forum to entertain this action pursuant to 28 U.S.C. § 1441(a).

11.

This Notice of Removal is timely filed under 28 U.S.C. § 1446(b). This Notice of Removal is filed within thirty (30) days from the alleged date of service on Defendant Kampgrounds of America, Inc.

12.

As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant in such action from the Circuit Court of Sevier County, Tennessee is attached to this Notice of Removal as **Exhibit A**.

13.

Defendants have given written notice of the filing of this Notice to Plaintiff by mailing a copy of this Notice of Removal to Plaintiff's counsel via Certified Mail, Return Receipt Requested. Defendants have filed a written notice with the Clerk of the Circuit Court of Sevier County. A copy the Notice of Filing Notice of Removal is attached to this Notice of Removal as **Exhibit B**.

15.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law. (See Affidavit of Noah Mason, attached to this Notice of Removal as **Exhibit C**).

WHEREFORE, Defendants respectfully request that this matter be placed on the docket of this Court and that the Circuit Court of Sevier County, Tennessee be enjoined from further proceedings in this matter.

Respectfully submitted this 4th day of January, 2022.

                                          **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

                                          */s/ Noah J. Mason*
                                          BRANTLEY ROWLEN
                                          BPR No. 29730
                                          NOAH J. MASON
                                          BPR No. 034341

| | |
|---|---|
| 600 Peachtree Street N.E. | *Counsel for Defendants Pigeon* |
| Suite 2900 | *Forge/Gatlinburg KOA Holiday and* |
| Atlanta, Georgia 30308 | *Kampgrounds of America, Inc. .* |
| 404-348-8585 Telephone | |
| 404-467-8845 Facsimile | |
| brantley.rowlen@lewisbrisbois.com | |
| noah.mason@lewisbrisbois.com | |

## CERTIFICATE OF SERVICE

We hereby certify that we have this day served a copy of the foregoing **PETITION FOR REMOVAL**, and all exhibits referenced therein, by electronically filing the same with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification to counsel for Plaintiff and by depositing a copy of the same in the United States Mail, Certified, Return-Receipt Requested to counsel for Plaintiff at:

Gabriel C. Stapleton
THE TERRY LAW FIRM
116 East Main Street
P.O. Box 724
Morristown, TN 37814-4714

*Counsel for Plaintiffs*

This 4th day of January, 2022.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Noah J. Mason*
BRANTLEY ROWLEN
BPR No. 29730
NOAH J. MASON
BPR No. 034341

600 Peachtree Street N.E.
Suite 2900
Atlanta, Georgia 30308
404-348-8585 Telephone
404-467-8845 Facsimile
brantley.rowlen@lewisbrisbois.com
noah.mason@lewisbrisbois.com

*Counsel for Defendants Pigeon Forge/Gatlinburg KOA Holiday and Kampgrounds of America, Inc. .*

6

Case 3:22-cv-00005-DCLC-DCP   Document 1   Filed 01/04/22   Page 6 of 6   PageID #: 6